Charles T. Sweeny (SBN 325167)
**LAWYERS *for* JUSTICE, PC**
410 West Arden Avenue, Suite 203
Glendale, California 91203
Tel: (818) 265-1020 / Fax: (818) 265-1021

*Attorney for* Plaintiff Sierra Sanders

Tracie Childs (190806)
   E-Mail: tracie.childs@ogletree.com
Keenan P. O'Connor (311800)
   E-Mail: Keenan.Oconnor@ogletree.com
Brett R. Tengberg (318436)
   E-Mail: brett.tengberg@ogletree.com
**OGLETREE, DEAKINS, NASH, SMOAK, & STEWART, P.C.**
4660 La Jolla Village Drive, Suite 900 San Diego, California 92122
Telephone: (858) 652-3100
Facsimile: (858) 652-3101

Attorneys for Defendant Neovia Logistics Distribution, LP

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SIERRA SANDERS, individually, and on behalf of other members of the general public similarly situated,<br><br>       Plaintiff,<br><br>   v.<br><br>Neovia Logistics Distribution, LP, a Delaware limited partnership; and DOES 1 through 100, Inclusive,<br><br>       Defendant. | Case No. 5:23-cv-02014-PA(SHKx)<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint Filed:  August 21, 2023<br>Jury Trial Date:  None Set |

**PLEASE TAKE NOTICE**, pursuant to Local Rule 40-2,[1] that Plaintiff SIERRA SANDERS ("Plaintiff") and Defendant NEOVIA LOGISTICS DISTRIBUTION, LP ("Defendant") (collectively, the "Parties") have reached a settlement that resolves Plaintiff's claims on an individual basis.

The Parties respectfully request that the Court vacate all dates and deadlines, including the December 4, 2023 deadline to file a Rule 26(f) Joint Report, and the December 18, 2023 Scheduling Conference. This will allow the Parties to finalize their long-form settlement agreement and obtain the necessary signatures, then present the Court with a stipulated request for dismissal under Rule 41, which will ask the Court to dismiss Plaintiff's individual claims, *with prejudice*, and dismiss the class claims, *without prejudice*.

DATE: December 4, 2023        **LAWYERS *for* JUSTICE, PC**

                              By: */s/ Charles T. Sweeny*
                                  Charles T. Sweeny
                                  *Attorney for* Plaintiff

DATE: December 4, 2023        **OGLETREE, DEAKINS, NASH, SMOAK, & STEWART, P.C.**

                              By: */s/ Keenan P. O'Connor*
                                  Tracie Childs
                                  Keenan P. O'Connor
                                  Brett R. Tengberg
                                  *Attorneys for* Defendants

---

[1] This case is not yet set for trial, but there is an upcoming Scheduling Conference on December 18, 2023.

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2023 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Notice of Electronic Filing.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 4, 2023.

By: */s/ Keenan P. O'Connor*
Keenan P. O'Connor