Charles T. Sweeny (SBN 325167)
**LAWYERS *for* JUSTICE, PC**
410 West Arden Avenue, Suite 203
Glendale, California 91203
Tel: (818) 265-1020 / Fax: (818) 265-1021

*Attorney for* Plaintiff Sierra Sanders

Tracie Childs (190806)
   E-Mail: tracie.childs@ogletree.com
Keenan P. O'Connor (311800)
   E-Mail: Keenan.Oconnor@ogletree.com
Brett R. Tengberg (318436)
   E-Mail: brett.tengberg@ogletree.com
**OGLETREE, DEAKINS, NASH, SMOAK, & STEWART, P.C.**
4660 La Jolla Village Drive, Suite 900
San Diego, California 92122
Telephone: (858) 652-3100
Facsimile: (858) 652-3101

Attorneys for Defendant Neovia Logistics Distribution, LP

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA SANDERS, individually, and on behalf of other members of the general public similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>NEOVIA LOGISTICS DISTRIBUTION, LP, a Delaware limited partnership; and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No.: 5:23-cv-02014-PA(SHKx)<br><br>Honorable Percy Anderson<br><br>**STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE RULE 41(a)(1)(A)(ii)**<br><br>Complaint Filed: August 21, 2023<br>Jury Trial Date: None Set |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Sierra Sanders ("Plaintiff") and Defendant Neovia Logistics Distribution, LP ("Defendant"), by and through their respective undersigned counsel, hereby stipulate to dismiss this action as described below:

**WHEREAS,** on or about August 21, 2023, Plaintiff filed this putative class action lawsuit in the Superior Court of California, County of Riverside under Case No. CVRI2304361 (the "*Sanders* Class Action");

**WHEREAS**, on or about August 21, 2023, Plaintiff filed a separate lawsuit in Riverside County Superior Court, entitled *Sanders v. Neovia Logistics Distribution, LP, et al.*, Case No. CVRI2304344, against Neovia Logistics Distribution, LP, seeking penalties under the Private Attorneys General Act on behalf of herself and a group of alleged aggrieved employees (the "*Sanders* PAGA Action")

**WHEREAS**, on October 2, 2023, Defendant removed the *Sanders* Class Action to the United States District Court for the Central District of California, where the case was assigned as 5:23-cv-02014-JGB (KKx) to the Honorable Jesus G. Bernal;

**WHEREAS**, on October 30, 2023, the *Sanders* Class Action was transferred and reassigned to the Honorable Percy Anderson under Case No. 5:23-cv-02014-PA(SHKx);

**WHEREAS**, prior to the commencement of the *Sanders* Class Action and the *Sanders* PAGA Action, other individuals had already commenced similar putative wage and hour class and Private Attorneys General Act actions against Defendant and other related entities.  Those actions include *Patrick Neims v. Neovia Logistics Distribution, LP*, *et al.*, originally filed in San Bernardino County Superior Court and subsequently removed to the United States District Court for the Central District of California, where it is currently pending as Case No. 5:23-716 PA (SHKx) (the "*Neims* Action"); and *Ruben Hernandez v. Neovia Logistics*

*Services, LLC, et. al*, originally filed in San Bernardino County Superior Court and subsequently removed to the United States District Court for the Central District of California where it is currently pending as Case No. 5:23-01221 PA (SHKx) (the "*Hernandez* Action");

**WHEREAS**, after the commencement of the *Sanders* Class Action and the *Sanders* PAGA Action, two additional individuals commenced similar putative wage and hour class and Private Attorneys General Act actions against Defendant and other related entities, namely, *Arturo Ramirez v. Neovia Logistics Services, LLC, et al.*, which was originally filed in San Bernardino County Superior Court and subsequently removed to the United States District Court for the Central District of California where it is currently pending as Case No. 5:23-02104 PA (SHKx)) (the "*Ramirez* Action"); and *Miguel Moreno v. Neovia Logistics Distribution, LP, et al.*, which was originally filed in San Bernardino County Superior Court and is currently pending as Case No. CIVSB2323010;

**WHEREAS**, Defendant has taken the position that Plaintiff is a signatory to a binding and enforceable arbitration agreement that requires Plaintiff to arbitrate all claims on an individual basis;

**WHEREAS**, Plaintiff has agreed to settle her individual claims with Defendant for a monetary settlement in exchange for an agreement to a general release of all individual claims, waiver of California Civil Code section 1542, and confidentiality;

**WHEREAS**, under the settlement, Plaintiff is receiving monetary payment for dismissal of her individual claims and Plaintiff's counsel is receiving **no** monetary payment for attorneys' fees and costs associated with Plaintiff's individual claims, and no consideration has been provided to Plaintiff or Plaintiff's Counsel, including any fees or costs, for dismissing the class claims without prejudice;

**WHEREAS**, Plaintiff has agreed to dismiss the class claims without

prejudice;

**WHEREAS**, no class has been certified in this Action, no notice has been individually sent to putative members in this Action, and none of the putative members should be prejudiced in any way by dismissal of the class claims without prejudice, in the absence of notice;

**WHEREFORE**, Plaintiff and Defendant, by and through their respective counsel, hereby stipulate that Plaintiff's individual claims be dismissed with prejudice and the class claims be dismissed without prejudice;

**WHEREFORE, ADDITIONALLY,** each Party shall bear its own fees and costs.

**IT IS SO STIPULATED**

DATE:  December 14, 2023            **LAWYERS *for* JUSTICE, PC**

                                    By:  */s/ Charles T. Sweeny*
                                         Charles T. Sweeny
                                         *Attorney for* Plaintiff

DATE:  December 14, 2023            **OGLETREE, DEAKINS, NASH, SMOAK, & STEWART, P.C.**

                                    By:  */s/ Keenan P. O'Connor*
                                         Tracie Childs
                                         Keenan P. O'Connor
                                         Brett R. Tengberg
                                         *Attorneys for* Defendants